# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| MOHAMED KHALIL and NORMA FLORES, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1220-S-BK |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant's Motion to Dismiss [ECF No. 28] is **GRANTED**.

**SO ORDERED**.

SIGNED September 8, 2023.

_____
**UNITED STATES DISTRICT JUDGE**